# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                     dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                      ltrust@osbornlawpc.com

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated: February 6, 2026**
>
> The parties' schedule proposed herein is ADOPTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 11.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *Griffin v. Commissioner of Social Security*
          Civil Action No. 1:25-cv-08051-JHR-VF

Dear Judge Figueredo,

We write on behalf of plaintiff, Lashawna Griffin, and with the consent of the defendant, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on February 11, 2026, per the Court's November 26, 2025 Order Granting Extension of Time to File implementing Administrative Order No. 2025-15 following the restoration of funding.  This is the parties' second request for an extension of time.   The Plaintiff requests this extension due to overlapping deadlines for briefs in the next several weeks.

The parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **April 13, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **June 12, 2026**; and

- Plaintiff to file her reply, if any, on or before:  **June 26, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036               Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Valerie Figueredo
February 3, 2026
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:     212-500-5115
dosborn@osbornlawpc.com


cc: Candace Brown Casey, Esq. (by ECF)